UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DANIEL GUTIERREZ BARRIOS #A201-611-432,** **Petitioner** | **CIVIL DOCKET NO. 1:20-CV-01587** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHAD F WOLF, *ET AL.*,** **Respondents** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 5) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction, and the Motion pursuant to 28 U.S.C. § 2243 contained within the Deficient Petition (ECF No. 1) is DENIED as MOOT.

THUS DONE AND SIGNED in Chambers, this 10th day of March, 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE